UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VICTOR GAVILLAN-MARTINEZ,
    Plaintiff,

vs.                                          Case No.:  3:22cv5734/LAC/ZCB

RICKY DIXON, et al.,
    Defendants.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on January 26, 2024.  (Doc. 50).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff responded by filing a Motion to Waive Objections (Doc. 53), conceding that the Recommendation should be adopted.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    Plaintiff's Motion to Waive Objections (Doc. 53) is **GRANTED**.

2.    The Magistrate Judge's Report and Recommendation (Doc. 50) is adopted and incorporated by reference in this order.

3. Defendants' Motions to Dismiss (Docs. 30, 35) are **GRANTED in part** to the extent that Plaintiff's individual capacity claims for money damages under RLUIPA are **DISMISSED**.

4. Defendants' Motions to Dismiss (Docs. 30, 35) are **DENIED** in all other respects.

5. This case is recommitted to the Magistrate Judge for further proceedings.

**ORDERED** on this 13th day of March, 2024.

s/ *L.A. Collier*  
Lacey A. Collier  
Senior United States District Judge