UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VICTOR GAVILLAN-MARTINEZ,
    Plaintiff,

vs.                                                  Case No.: 3:22cv5734-TKW/ZCB

RICKY DIXON, et al.,
    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 76) and Plaintiff's objection (Doc. 78). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Plaintiff's motion for summary judgment should be denied because it was not timely filed.

The Court did not overlook Plaintiff's argument that the motion was timely because paragraph (5)(a) of the case management order stated that "motions must be served and filed within the time required by the Federal Rules of Civil Procedure," which, for summary judgment motions, is generally no later than 30 days after the close of discovery, *see* Fed. R. Civ. P. 56(b). However, paragraph (5)(b) of the case management order required "dispositive motions" to be filed no later than 21 days after the close of discovery, and it is commonly understood (by laypersons and

lawyers alike) that a motion for summary judgment is a "dispositive motion" because such a motion, if granted, would dispose of some or all of the claims or defenses in the case. Moreover, if Plaintiff was confused about whether summary judgment motions were subject to the timeframes in paragraph (5)(a) or paragraph (5)(b) of the case management order, he had ample time after the order was entered to seek clarification of the deadline. Finally, Plaintiff is not prejudiced by the Court not considering the merits of his summary judgment motion because if he is correct that there are no material facts in dispute and that he is entitled to judgment as a matter of law, he can seek a judgment as a matter of law under Fed. R. Civ. P. 50(a) at the close of the evidence at trial.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion for summary judgment (Doc. 73) is **DENIED**.

3. This case is recommitted to the magistrate judge for further proceedings, including a settlement conference after the pretrial documents have been filed.

**DONE and ORDERED** this 9th day of September, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**